UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMBER COMOGLIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:09-cv-01390-LJM-TAB |
| | ) |
| DELPHI CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON JULY 16, 2010, HEARING
AND ORDER TO SHOW CAUSE**

The parties settled this case but Plaintiff's attorney, James Masur, claims Plaintiff stiffed him on the attorney's fee portion of the settlement agreement. Plaintiff denies Masur's claim. Attempting to get paid, on July 2, 2010, Masur filed a motion for assistance [Docket No. 34], which the Court set for a hearing on July 16, 2010. At the hearing, Masur conceded that on or about July 6, 2010, he filed on behalf of his law firm, Robert W. York & Associates, a state court action against Plaintiff seeking the disputed fee. On July 7, 2010, the state court issued a temporary restraining order against the Plaintiff enjoining her from disposing of the $15,887.08 fee. Despite taking these actions against the Plaintiff, Masur failed to seek to withdraw his appearance on behalf of the Plaintiff. Only after new counsel filed an appearance for the Plaintiff on the morning of the July 16 hearing did Masur file a motion to withdraw (also filed shortly before the hearing). The July 16 hearing also revealed that—for reasons Masur never could articulate—he enlisted the assistance of a deputy sheriff in an attempt to collect the fees he claims he is owed.

The Court will not be a party to these events or delve further into these unfortunate occurrences.  The underlying dispute between the parties is settled, and the Court lacks subject matter jurisdiction over any remaining ancillary fee dispute, which in any event is now being litigated in state court.  Accordingly, Masur's motion for assistance [Docket No. 43] is denied. The parties shall show cause within 21 days why this action should not be dismissed with prejudice based upon the settlement.  A stipulation of dismissal will suffice as a response to this show cause order.

Dated:  07/21/2010

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Adam Harper Berry
LITTLER MENDELSON PC
aberry@littler.com

Robert Adam Hicks
MACEY SWANSON & ALLMAN
rhicks@maceylaw.com

Jane Ann Himsel
LITTLER MENDELSON
jhimsel@littler.com

Karen Celestino Horseman
kchorseman@sbcglobal.net

Nora L. Macey
MACEY SWANSON AND ALLMAN
nmacey@maceylaw.com

James D. Masur II
ROBERT W. YORK & ASSOCIATES
jmasur@york-law.com